**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
                                                             :   Chapter 11
In re                                                        :
                                                             :   Case No. 20-10418 (MEW)
JCK LEGACY COMPANY, et al.,                                  :
                                                             :   (Jointly Administered)
              Wind-Down Debtors.¹                            :
                                                             :   Related Docket No. 1135
------------------------------------------------------------ x
```

**FINAL DECREE AND ORDER AUTHORIZING CLOSING OF CASES**

Upon the application (the "**Application**")² of the Plan Administration Trustee, seeking entry of a final decree and order (this "**Final Decree**"), pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, closing the respective cases of each Affiliated Debtor as set forth on the attached Exhibit A; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Application having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Application is in the best

---

¹ The Wind-Down Debtors in these chapter 11 cases and the last four characters of each Wind-Down Debtor's tax identification number are: JCK Legacy Company (0478) and Herald Custom Publishing of Mexico, S. de R.L. de C.V. (5UZ1). The location of the Plan Administration Trustee's service address for purposes of these chapter 11 cases is: 1201 W Peachtree Street, NW, Suite 500, Atlanta, Georgia 30309.

² Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

interests of the Debtors, their estates, their creditors, and other parties in interest; and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The relief requested in the Application is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Rule 3022, this Final Decree shall be entered in the case of each Affiliated Debtor as set forth on Exhibit 1.

3. Pursuant to section 350(a) of the Bankruptcy Code, the bankruptcy case of each Affiliated Debtor is hereby closed.

4. The Debtors shall pay their U.S. Trustee quarterly fees due through the entry of this Final Decree and provide the U.S. Trustee with the appropriate disbursement information to calculate such fees.

5. This Court shall retain jurisdiction over the Affiliated Debtors for the purposes set forth in the Chapter 11 Plan.

DATED:   New York, New York
           March 18, 2021

                                      s/Michael E. Wiles
                                      HONORABLE MICHAEL E. WILES
                                      UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

| | |
|---|---|
| Aboard Publishing, Inc., | 20-10419 (MEW) |
| Bellingham Herald Publishing, LLC | 20-10420 (MEW) |
| Belton Publishing Company, Inc. | 20-10421 (MEW) |
| Biscayne Bay Publishing, Inc. | 20-10422 (MEW) |
| Cass County Publishing Company | 20-10423 (MEW) |
| Columbus-Ledger Enquirer, Inc. | 20-10424 (MEW) |
| Cypress Media, Inc. | 20-10417 (MEW) |
| Cypress Media, LLC | 20-10425 (MEW) |
| East Coast Newspapers, Inc. | 20-10426 (MEW) |
| El Dorado Newspapers | 20-10427 (MEW) |
| Gulf Publishing Company, Inc. | 20-10428 (MEW) |
| HLB Newspapers, Inc. | 20-10430 (MEW) |
| Idaho Statesman Publishing, LLC | 20-10431 (MEW) |
| Keltatim Publishing Company, Inc. | 20-10432 (MEW) |
| Keynoter Publishing Company, Inc. | 20-10433 (MEW) |
| Lee's Summit Journal, Incorporated | 20-10434 (MEW) |
| Lexington H-L Services, Inc. | 20-10435 (MEW) |
| Macon Telegraph Publishing Company | 20-10436 (MEW) |
| Mail Advertising Corporation | 20-10437 (MEW) |
| McClatchy Big Valley, Inc. | 20-10438 (MEW) |
| McClatchy Interactive LLC | 20-10439 (MEW) |
| McClatchy Interactive West | 20-10440 (MEW) |
| McClatchy International Inc. | 20-10441 (MEW) |
| McClatchy Investment Company | 20-10442 (MEW) |
| McClatchy Management Services, Inc. | 20-10443 (MEW) |
| McClatchy News Services, Inc. | 20-10445 (MEW) |
| McClatchy Property, Inc. | 20-10446 (MEW) |
| McClatchy Resources, Inc. | 20-10447 (MEW) |
| JCK Legacy Shared Services, Inc. (f/k/a McClatchy Shared Services, Inc.) | 20-10448 (MEW) |
| McClatchy U.S.A., Inc. | 20-10449 (MEW) |
| Miami Herald Media Company | 20-10450 (MEW) |
| N & O Holdings, Inc. | 20-10451 (MEW) |
| Newsprint Ventures, Inc. | 20-10452 (MEW) |
| Nittany Printing and Publishing Company | 20-10453 (MEW) |
| Nor-Tex Publishing, Inc. | 20-10454 (MEW) |
| Oak Street Redevelopment Corporation | 20-10888 (MEW) |

| | |
|---|---|
| Olympian Publishing, LLC | 20-10455 (MEW) |
| Olympic-Cascade Publishing, Inc. | 20-10456 (MEW) |
| Pacific Northwest Publishing Company, Inc. | 20-10457 (MEW) |
| Quad County Publishing, Inc. | 20-10458 (MEW) |
| San Luis Obispo Tribune, LLC | 20-10459 (MEW) |
| Star-Telegram, Inc. | 20-10460 (MEW) |
| Tacoma News, Inc. | 20-10461 (MEW) |
| The Bradenton Herald, Inc. | 20-10462 (MEW) |
| The Charlotte Observer Publishing Company | 20-10463 (MEW) |
| The News & Observer Publishing Co. | 20-10464 (MEW) |
| The State Media Company | 20-10465 (MEW) |
| The Sun Publishing Company, Inc. | 20-10466 (MEW) |
| Tribune Newsprint Company | 20-10467 (MEW) |
| Tru Measure, LLC | 20-10468 (MEW) |
| Wichita Eagle and Beacon Publishing Company, Inc. | 20-10469 (MEW) |
| Wingate Paper Company | 20-10470 (MEW) |